1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15
16
17
18

| HELENE CAHEN, KERRY J. TOMPULIS, and MERRILL NISAM,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., FORD MOTOR COMPANY, GENERAL MOTORS LLC,<br>Defendants | CASE NO. 4:15-cv-01104-WHO<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING (1) PLAINTIFFS' FIRST AMENDED COMPLAINT; (2) DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT; AND (3) BRIEFING/HEARING SCHEDULE AND CASE MANAGEMENT CONFERENCE**<br><br>The Hon. William H. Orrick |

19
20
21
22
23
24
25
26
27
28

# **ORDER**

Having considered the parties' Joint Stipulation Regarding (1) Plaintiff's First Amended Complaint; (2) Defendants' Responses to Plaintiffs' First Amended Complaint; and (3) Briefing/Hearing Schedule and Case Management Conference, the Court hereby APPROVES the Joint Stipulation and orders the following briefing / hearing schedule:

1. Plaintiffs shall file their First Amended Complaint by no later than July 1, 2015;
2. Defendants shall file their responses/motions in response to Plaintiffs' First Amended Complaint by no later than August 28, 2015;
3. Plaintiffs shall file their oppositions to Defendants' responses/motions by no later than September 28, 2015;
4. Defendants shall file their reply briefs by no later than October 14, 2015;
5. The hearing on Defendants' Motions shall be on October 28, 2015, at 2:00 p.m.; and
6. The Case Management Conference currently scheduled for June 9, 2015, is continued to October 28, 2015.

IT IS SO ORDERED.

DATED: May 21, 2015

_____
The Honorable William H. Orrick
United States District Court Judge

1

ORDER GRANTING JOINT STIPULATION REGARDING (1) PLAINTIFFS' FIRST AMENDED COMPLAINT; (2) DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT; AND (3) BRIEFING/HEARING SCHEDULE AND CASE MANAGEMENT CONFERENCE
CASE NO. 4:15-cv-01104-WHO