1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HELENE CAHEN, KERRY J. TOMPULIS, MERRILL NISAM, RICHARD GIBBS, and LUCY L. LANGDON<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., FORD MOTOR COMPANY, GENERAL MOTORS LLC,<br><br>Defendants | CASE NO. 3:15-cv-01104-WHO<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION RESERVING NEW HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>The Hon. William H. Orrick |
|---|---|

**ORDER**

Having considered the Parties' Joint Stipulation Reserving New Hearing Date for Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint and Rescheduling Case Management Conference, the Court hereby APPROVES the Joint Stipulation and orders that the Case Management Conference and hearing on Defendants' motions to dismiss be continued to November 3, 2015, at 3:00 p.m.

IT IS SO ORDERED.

DATED: August 26, 2015

The Honorable William H. Orrick
United States District Court Judge

1

ORDER GRANTING JOINT STIPULATION RESERVING NEW HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. 4:15-cv-01104-WHO