# Exhibit 2

MICHAEL L. MALLOW (SBN 188745)
mmallow@sidley.com
LIVIA M. KISER (SBN 285411)
lkiser@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Attorneys for Defendant
**FORD MOTOR COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Helene Cahen, Kerry J. Tompulis, and Merrill Nisam, <br><br> Plaintiffs, <br><br> v. <br><br> Toyota Motor Corporation; Toyota Motor Sales, U.S.A., Inc.; Ford Motor Company; General Motors LLC; <br><br> Defendants. | Case No. 4:15-cv-01104-WO <br><br> **DECLARATION OF BILL PAPPAS** |

I, Bill Pappas, declare as follows:

1. I am employed by Ford Motor Company ("Ford"). I have a Bachelor of Science in Electrical Engineering. I have worked at Ford in various engineering positions. My current job title is Design Analysis Engineer. I am a member of a team of technical experts who identify and address issues that arise in individual Ford vehicles. By virtue of my position, I am familiar with Ford's design and engineering of the 2013 Ford Fusion and the 2014 Ford Escape, including the controller-area network (CAN) bus systems in the vehicles.

2. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

DECLARATION OF BILL PAPPAS

CASE NO. 4:15-CV-01104-WO

3. Neither the 2014 Ford Escape nor 2013 Ford Fusion were designed in California.

4. The CAN bus system in the 2014 Ford Escape was not designed in California.

5. The CAN bus system in the 2013 Ford Fusion (which is different from the CAN bus system in the 2014 Ford Escape) also was not designed in California.

6. I declare under the penalty of perjury that the foregoing is true and correct.

7. Executed on this 28 day of August, 2015, at Dearborn Michigan.

_____
Bill Pappas

ACTIVE 209819059v.1

---

2
DECLARATION OF BILL PAPPAS
CASE NO. 4:15-CV-01104-WO