# EXHIBIT 3



EDITION:  U.S.

SIGN IN | REGISTER

Search Reuters

HOME   BUSINESS   MARKETS   WORLD   POLITICS   TECH   OPINION   BREAKINGVIEWS   MONEY   LIFE   PICTURES   VIDEO

Live Coverage: Pope Francis in New York »

FARMERS
INSURANCE

PLAN FOR WHAT'S AHEAD.
AND SEE HOW MUCH YOU COULD SAVE.                FIND AN AGENT

Markets | Thu Jul 30, 2015 2:16pm EDT                    Related: STOCKS, REGULATORY NEWS, MARKETS, CYCLICAL CONSUMER GOODS

# Researcher says can hack GM's OnStar app, open vehicle, start engine

BOSTON/DETROIT, JULY 30 | BY JIM FINKLE AND BERNIE WOODALL

A researcher is advising drivers to halt the use of a mobile app for General Motors Co's OnStar vehicle communications system, saying hackers can exploit a security flaw in the product to remotely unlock cars and start engines.

"White-hat" hacker Samy Kamkar posted a video on Thursday saying he had figured out a way to "locate, unlock and remote-start" vehicles by intercepting communications between the OnStar RemoteLink mobile app and the OnStar service.

Kamkar said he plans to provide technical details on the hack next week in Las Vegas at the Def Con conference, where tens of thousands of hacking aficionados will gather to learn about new cybersecurity vulnerabilities.

Kamkar released the video a week after Fiat Chrysler Automobiles recalled some 1.4 million vehicles after hacking experts demonstrated a more serious vulnerability in the Jeep Cherokee. That bug allowed them to gain remote control of a Jeep traveling at 70 miles per hour on a public highway.

ADVERTISING

TriMark Corporation

vehicle latching & access solutions latch, handle, hinge and lock

○   ○

>

TRENDING ON REUTERS

GM said its engineers had reviewed Kamkar's research. "A fix has already been implemented," the company said in a statement.

Kamkar said he discussed the fix with representatives from GM, but their efforts failed to thwart the attack method he uncovered, which uses a device he built and dubbed 'OwnStar.'"

"They have not yet fixed the bug that 'OwnStar' is exploiting," he told Reuters.

Representatives with GM did not immediately respond to requests for comment on the status of the bug or fix.

The 'OwnStar' issue drew the attention of U.S. safety regulators from the National Highway Traffic Safety Administration.

Representatives from the agency discussed the issue with GM, said the flaw could involve doors and engine start-stop, but does not involve other critical safety systems, according to a person familiar with those discussions.

More than 3 million people have downloaded the OnStar RemoteLink mobile app for Apple iOS and Google Inc devices, according to OnStar's website. (Reporting by Bernie Woodall in Detroit and Jim Finkle in Boston; Editing by Jonathan Oatis and Jeffrey Benkoe)

**1** House Speaker Boehner quits after five stormy years | ▶ VIDEO

**2** Glider backers report successful test in quest for stratosphere

**3** Volkswagen rigged tests on 2.8 million cars in Germany, Berlin says

**4** Bill to avoid government shutdown moves in Congress

**5** Fed's Yellen gets medical attention after struggling with speech | ▶ VIDEO

## More From Reuters

- **Boeing KC-46A tanker to make first flight on Sept. 25: U.S. Air Force** | 15 Sep

- **Meet the angriest man running for president – no it's not Trump** | 15 Sep

- **West Virginia engineer proves to be a David to VW's Goliath** | 23 Sep

- **Factbox: Diesel engines and how VW's 'defeat device' worked** | 21 Sep

- **Might as well butter him, Trump is toast** | 18 Sep

## From The Web

Sponsored Links by Taboola

## Sponsored Financial Content ☑ (?)

- **Top 4 Credit Cards For Consolidating Your Debt** *NerdWallet*

- **The 7 Most Amazing Credit Cards If You Have Excellent Credit** *Next Advisor*

- **Boost your retirement income with these Social Security benefits today** *The Fool*

- **Avoid coming up short in retirement. Get The 15-Minute Retirement Plan** *Fisher Investments*

- **4 Ways to Avoid Running Out of Money in Retirement** *Fisher*



**Sponsored Financial Content** ☑ (?)

Top 4 Credit Cards For Consolidating Your Debt *NerdWallet*

7 Outrageous Credit Cards For Those Of Us That Have Excellent Credit *Next Advisor*

Banks Hope Homeowners Stay Away From HARP *Bills.com*

4 Ways to Avoid Running Out of Money in Retirement *Fisher*

"America's 25 Most Toxic Stocks" NAMES the stock you should drop today *Money and Markets*

RECOMMENDED VIDEO

Researcher says can hack GM's OnStar app open vehicles start engine | Reuters



**Texas Drivers Are Stunned By This New Rule**
*Provide-Savings Insurance Quotes*



**3 Banks Introduce New Cards Paying Unusually High Miles P...**
*LendingTree*

**Drivers Surprised They Never Knew This Rule**
*Provide-Savings Insurance Quotes*

Airplane lands on Florida highway



**Brilliant Mortgage Payoff Method Has Banks On Edge**
*Comparisons.org*



**4 in 5 Americans Are Ignoring Buffett's Warning**
*The Motley Fool*



**New Grammar App Can Help You Succeed at Work**
*Grammarly*

Why VW scandal could spell death of diesel

## Sponsored Topics

1. **Top 10 4G LTE Cell Phones**
2. **5 Best Cars to Buy**
3. **Affordable Crossover SUVs**
4. **2015 Best Smartphones**
5. **Cheapest Cell Phone Plans**
6. **Luxury SUV Deals**
7. **HD Security Camera Systems**
8. **Latest Sports Cars**
9. **Best Credit Cards of 2015**
10. **New Ford Focus RS**

Russia faces $12 billion asset freeze

Fed's Yellen resumes schedule after struggling to finish speech

## KEY RATES

MORTGAGE   HOME EQUITY   SAVINGS   AUTO   CREDIT CARDS

See today's average mortgage rates across the country.

| TYPE | TODAY | 1 MO |
|---|---|---|
| 30-Year Fixed | 3.87% | 3.85% |
| 15-Year Fixed | 2.93% | 2.96% |
| 10-Year Fixed | 2.85% | 2.90% |
| 5/1-Year ARM | 3.21% | 3.14% |
| 30-Year Fixed Refi | 3.96% | 3.96% |
| 15-Year Fixed Refi | 3.02% | 3.06% |
| 5/1 ARM Refi | 3.45% | 3.39% |
| 30-Year Fixed Jumbo | 4.23% | 4.28% |

Rates may include points.

Source: Bankrate.com

SEE MORE KEY RATE DATA

## SPONSORED TOPICS

1. **Reverse Mortgage Calculator**

2. **2015 Best SUVs**

3. **Best Retirement Communities**

4. **Cars to Buy in 2015**

5. **Compare Pension Plans**

6. **10 Best Small Business**



Back to top

**Reuters.com**        Business | Markets | World | Politics | Technology | Opinion | Money | Pictures | Videos | Site Index

**More from Reuters**   Reuters News Agency | Brand Attribution Guidelines | Delivery Options

**Support & Contact**   Support | Corrections

**Account Information**  Register | Sign In

**Connect with Reuters**    Twitter       Facebook       Linkedin       RSS       Podcast       Newsletters       Mobile

**About**    Privacy Policy | Terms of Use | Advertise With Us | ▷ AdChoices | Copyright

## Thomson Reuters is the world's leading source of intelligent information for businesses and professionals.

Our Flagship financial information platform incorporating Reuters Insider

An ultra-low latency infrastructure for electronic trading and data distribution

A connected approach to governance, risk and compliance

Our next generation legal research platform

Our global tax workstation

Thomsonreuters.com

About Thomson Reuters

Investor Relations

Careers

Contact Us

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.