# EXHIBIT 7

# California Auto Outlook™

**Comprehensive information on the California vehicle market**

Volume 11, Number 3
Released August 2015

Covering Second Quarter 2015

Publication Sponsored By:

CNCDA
California New Car Dealers Association

**FORECAST AND ANALYSIS OF CALIFORNIA NEW LIGHT VEHICLE MARKET**

## California New Vehicle Market Continues to Post Impressive Gains

New light vehicle registrations in California exceeded one million units during the first six months of 2015 and improved 11.5 percent versus the first half of 2014. The market was up an impressive 105 percent from the recessionary low-point in 2009. The combination of strong consumer affordability, pent-up-demand, and perhaps most importantly, the impressive array of advanced technologies being offered on new cars and trucks continues to boost the state's new vehicle market. The momentum should continue into 2016, as well. Registrations for all of this year are expected to approach two million units, with another increase likely in 2016. Other key trends in the state market:

❏ Among the top 15 selling brands, Jeep, Subaru, Mazda, Lexus, Chevrolet, and Mercedes had the biggest percentage increases during the first six months of 2015 (see page 2).

❏ Passenger car registrations increased 7.3 percent in the first half of this year, while market share fell 2.3 points. Light truck registrations improved 18.4 percent.

❏ Used vehicle registrations increased by less than one percent. Three year old or newer vehicles were up 13.8 percent.

### California Quarterly New Light Vehicle Registrations: Percent Change vs. Year Earlier



Source: IHS Automotive

### Hybrid and Electric Vehicle Market Share





Source: IHS Automotive.

| Hybrid and Electric New Vehicle Registrations and Market Share | | | | | |
|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | YTD 2015 |
| Hybrid regs.(excl. plug ins) | 58563 | 94878 | 116912 | 115544 | 56117 |
| Hybrid share(excl. plug ins) | 4.8% | 6.2% | 6.8% | 6.3% | 5.5% |
| Plug in hybrid regs.* | 1662 | 14103 | 20633 | 29949 | 12022 |
| Plug in hybrid share | 0.1% | 0.9% | 1.2% | 1.6% | 1.2% |
| Electric regs. | 5302 | 5990 | 21912 | 29536 | 16930 |
| Electric share | 0.4% | 0.4% | 1.3% | 1.6% | 1.7% |

### Year-to-date Results in California and U.S. New Light Vehicle Markets

| California and U.S. New Light Vehicle Registrations (includes retail and fleet transactions) | | | | | | |
|---|---|---|---|---|---|---|
| Year-to-date 2014 and 2015, thru June | | | | | | |
| | California | | | U.S. | | |
| | YTD '14 | YTD '15 | Change | YTD '14 | YTD '15 | Change |
| **Registrations** | | | | | | |
| TOTAL | 912,677 | 1,017,616 | 11.5% | 8,209,245 | 8,466,733 | 3.1% |
| Car | 565,203 | 606,291 | 7.3% | 4,024,632 | 3,932,625 | -2.3% |
| Light Truck | 347,474 | 411,325 | 18.4% | 4,184,613 | 4,534,108 | 8.4% |
| Detroit Three | 252,330 | 288,665 | 14.4% | 3,729,010 | 3,822,459 | 2.5% |
| European | 141,075 | 156,027 | 10.6% | 732,201 | 748,866 | 2.3% |
| Japanese | 447,071 | 493,500 | 10.4% | 3,073,865 | 3,203,844 | 4.2% |
| Korean | 72,201 | 79,424 | 10.0% | 674,169 | 691,564 | 2.6% |
| **Market Share** | | | | | | |
| Car | 61.9 | 59.6 | -2.3 | 49.0 | 46.4 | -2.6 |
| Light Truck | 38.1 | 40.4 | 2.3 | 51.0 | 53.6 | 2.6 |
| Detroit Three | 27.6 | 28.4 | 0.7 | 45.4 | 45.1 | -0.3 |
| European | 15.5 | 15.3 | -0.1 | 8.9 | 8.8 | -0.1 |
| Japanese | 49.0 | 48.5 | -0.5 | 37.4 | 37.8 | 0.4 |
| Korean | 7.9 | 7.8 | -0.1 | 8.2 | 8.2 | 0.0 |

Source: IHS Automotive

### California Annual Light Vehicle Registrations - 2007 thru 2015



Historical data source: IHS Automotive
*Forecast projections by Auto Outlook

|

**MODEL SALES**

## Honda Civic is Best-Selling Car in California During First Half of 2015; F-Series is Light Truck Leader

**Top Selling Models in Each Segment - New Car and Light Truck Registrations, YTD 2015 thru June**

### Cars

| Entry | | | Sub Compact | | | Sporty Compact | | | Standard Mid Size | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Nissan Versa | 11021 | 20.5 | Honda Civic | 36861 | 16.2 | Ford Mustang | 9286 | 41.3 | Toyota Camry | 31913 | 19.7 |
| Honda Fit | 7455 | 13.9 | Toyota Prius | 34008 | 15.0 | Chevrolet Camaro | 6214 | 27.6 | Honda Accord | 31900 | 19.7 |
| Kia Soul | 7169 | 13.4 | Toyota Corolla | 32383 | 14.2 | Dodge Challenger | 4540 | 20.2 | Nissan Altima | 20974 | 13.0 |
| Fiat 500 | 5419 | 10.1 | Nissan Sentra | 19879 | 8.7 | Hyundai Veloster | 1377 | 6.1 | Ford Fusion | 16110 | 9.9 |
| Toyota Yaris | 4996 | 9.3 | Hyundai Elantra | 17388 | 7.6 | Subaru BRZ | 744 | 3.3 | Kia Optima | 14998 | 9.3 |

| Large Mid Size | | | Entry Luxury | | | Near Luxury | | | Luxury and Sports | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Dodge Charger | 4180 | 25.5 | Lexus Ct200H | 3683 | 21.0 | Mercedes C-Class | 12089 | 18.9 | Mercedes E-Class | 5409 | 12.6 |
| Chevrolet Impala | 3035 | 18.5 | Mercedes CLA-Class | 3654 | 20.8 | BMW 3-Series | 10946 | 17.1 | BMW 5-Series | 5267 | 12.3 |
| Toyota Avalon | 2996 | 18.3 | Audi A3 | 3625 | 20.7 | Lexus IS | 6692 | 10.5 | Tesla Model S | 5148 | 12.0 |
| Chrysler 300 | 2242 | 13.7 | BMW I3 | 2769 | 15.8 | BMW 4-Series | 6649 | 10.4 | Lexus GS | 3015 | 7.0 |
| Ford Taurus | 1213 | 7.4 | Acura ILX | 1826 | 10.4 | Lexus ES | 6189 | 9.7 | Mercedes S-Class | 2446 | 5.7 |

### Light Trucks

| Compact Pickup | | | Full Size Pickup | | | Van | | | Compact SUV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Toyota Tacoma | 15820 | 62.7 | Ford F Series | 20195 | 30.8 | Toyota Sienna | 11386 | 26.2 | Honda CR-V | 17612 | 14.7 |
| Nissan Frontier /Xe | 4351 | 17.2 | Chevrolet Silverado | 18087 | 27.5 | Honda Odyssey | 8178 | 18.8 | Toyota RAV4 | 15661 | 13.1 |
| Chevrolet Colorado | 3490 | 13.8 | Ram | 13332 | 20.3 | Ford Transit Connect Van | 7019 | 16.2 | Nissan Rogue | 10640 | 8.9 |
| GMC Canyon | 1240 | 4.9 | Toyota Tundra | 7636 | 11.6 | Nissan NV | 2327 | 5.4 | Ford Escape | 8300 | 6.9 |
| Isuzu NPR | 234 | 0.9 | GMC Sierra | 6040 | 9.2 | Dodge Caravan | 2226 | 5.1 | Subaru Forester | 8224 | 6.9 |

| Mid Size SUV (2 rows) | | | Mid Size SUVs (3 rows) | | | Full Size SUV | | | Luxury SUV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Jeep Grand Cherokee | 8242 | 36.0 | Ford Explorer | 11389 | 21.3 | Chevrolet Tahoe | 3007 | 24.1 | Lexus RX | 8227 | 12.0 |
| Ford Edge | 6097 | 26.6 | Toyota Highlander | 8850 | 16.6 | Ford Flex | 1894 | 15.2 | BMW X5 | 4523 | 6.6 |
| Toyota 4 Runner | 3534 | 15.4 | Honda Pilot | 7692 | 14.4 | GMC Yukon | 1639 | 13.1 | Acura MDX | 4463 | 6.5 |
| Hyundai Santa Fe Sport | 3001 | 13.1 | Kia Sorento | 5190 | 9.7 | Chevrolet Suburban | 1601 | 12.8 | Audi Q5 | 3786 | 5.5 |
| Nissan Murano | 1592 | 6.9 | Chevrolet Traverse | 4366 | 8.2 | GMC Yukon XL | 1549 | 12.4 | Acura RDX | 3714 | 5.4 |

Note: Prius includes c, v, and plug in.                                   Source: IHS Automotive.

**BRAND RESULTS**

## Jeep, Subaru, and Mazda Have Big Increases In First Half of '15; Toyota Holds On to Top Market Share

**Manufacturer Share of California New Vehicle Market YTD 2015 thru June**



Source: IHS Automotive

Brands included: Toyota (Toyota, Lexus, and Scion), Honda (Honda and Acura), Ford (Ford and Lincoln), GM (Buick, Cadillac, Chevrolet, and GMC), Nissan (Nissan and Infiniti), FCA (Chrysler, Dodge, Fiat, Jeep, and Ram), VW (Audi, Bentley, Volkswagen, and Porsche), BMW (BMW, Rolls Royce, and MINI), MB (Mercedes Benz and smart), Other (all other brands).

**Percent Change in New Light Vehicle Registrations YTD '15 thru June vs. YTD '14 (Top 15 selling brands)**



Source: IHS Automotive

**BRAND SCOREBOARD**

# Detailed Results for All Brands in California Market

The table shows new light vehicle registrations in California, including retail and fleet transactions. Please keep in mind that monthly registration figures can occasionally be subject to fluctuations, resulting in over or under estimation of actual results. This usually occurs due to processing delays by governmental agencies. For this reason, the year-to-date figures will typically be more reflective of market results. The top 10 ranked brands in each percent change category are shaded green.

| | California New Car and Light Truck Registrations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Second Quarter 2014 and 2015 | | | | Year-to-date thru June | | | | Market Share | | |
| | California | | | U.S. | California | | | U.S. | California | | |
| | 2014 | 2015 | % chg. | % chg. | YTD '14 | YTD '15 | % chg. | % chg. | YTD '14 | YTD '15 | Chg. |
| **MARKET SUMMARY** | | | | | | | | | | | |
| TOTAL | 486,407 | 532,737 | 9.5% | 1.8% | 912,677 | 1,017,616 | 11.5% | 3.1% | | | |
| Cars | 304,344 | 315,812 | 3.8% | -4.2% | 565,203 | 606,291 | 7.3% | -2.3% | 61.9 | 59.6 | -2.3 |
| Light Trucks | 182,063 | 216,925 | 19.1% | 7.7% | 347,474 | 411,325 | 18.4% | 8.4% | 38.1 | 40.4 | 2.3 |
| Domestic | 134,358 | 156,277 | 16.3% | 1.8% | 252,330 | 288,665 | 14.4% | 2.5% | 27.6 | 28.4 | 0.7 |
| European | 74,687 | 80,681 | 8.0% | 1.3% | 141,075 | 156,027 | 10.6% | 2.3% | 15.5 | 15.3 | -0.1 |
| Japanese | 237,460 | 253,743 | 6.9% | 2.7% | 447,071 | 493,500 | 10.4% | 4.2% | 49.0 | 48.5 | -0.5 |
| Korean | 39,902 | 42,036 | 5.3% | -1.3% | 72,201 | 79,424 | 10.0% | 2.6% | 7.9 | 7.8 | -0.1 |
| **BRAND REGISTRATIONS** | | | | | | | | | | | |
| Acura | 5,830 | 6,985 | 19.8% | 14.9% | 11,645 | 13,644 | 17.2% | 9.3% | 1.3 | 1.3 | 0.1 |
| Audi | 8,605 | 9,725 | 13.0% | 10.7% | 15,712 | 17,520 | 11.5% | 10.3% | 1.7 | 1.7 | 0.0 |
| BMW | 19,571 | 19,765 | 1.0% | -8.7% | 35,599 | 39,128 | 9.9% | 0.2% | 3.9 | 3.8 | -0.1 |
| Buick | 2,453 | 2,581 | 5.2% | -7.3% | 4,604 | 4,577 | -0.6% | -4.4% | 0.5 | 0.4 | -0.1 |
| Cadillac | 3,447 | 3,300 | -4.3% | -12.3% | 6,705 | 6,314 | -5.8% | -12.9% | 0.7 | 0.6 | -0.1 |
| Chevrolet | 36,342 | 42,044 | 15.7% | -1.7% | 65,845 | 74,964 | 13.8% | 1.6% | 7.2 | 7.4 | 0.2 |
| Chrysler | 2,563 | 5,027 | 96.1% | 25.6% | 5,649 | 9,650 | 70.8% | 19.4% | 0.6 | 0.9 | 0.3 |
| Dodge | 10,963 | 10,350 | -5.6% | -18.8% | 21,364 | 19,940 | -6.7% | -15.2% | 2.3 | 2.0 | -0.4 |
| FIAT | 3,726 | 2,689 | -27.8% | -29.6% | 7,244 | 6,384 | -11.9% | -25.8% | 0.8 | 0.6 | -0.2 |
| Ford | 50,838 | 55,265 | 8.7% | 1.8% | 96,109 | 103,467 | 7.7% | 0.8% | 10.5 | 10.2 | -0.4 |
| GMC | 6,967 | 8,998 | 29.2% | 10.3% | 12,585 | 16,097 | 27.9% | 12.3% | 1.4 | 1.6 | 0.2 |
| Honda | 55,615 | 59,926 | 7.8% | -1.1% | 102,397 | 112,040 | 9.4% | -0.5% | 11.2 | 11.0 | -0.2 |
| Hyundai | 21,263 | 22,165 | 4.2% | -4.8% | 38,375 | 41,910 | 9.2% | 0.1% | 4.2 | 4.1 | -0.1 |
| Infiniti | 4,180 | 4,764 | 14.0% | 4.6% | 8,703 | 9,578 | 10.1% | 3.7% | 1.0 | 0.9 | 0.0 |
| Jaguar | 759 | 596 | -21.5% | -13.7% | 1,510 | 1,295 | -14.2% | -10.0% | 0.2 | 0.1 | 0.0 |
| Jeep | 12,384 | 16,762 | 35.4% | 17.5% | 22,756 | 30,578 | 34.4% | 16.1% | 2.5 | 3.0 | 0.5 |
| Kia | 18,639 | 19,871 | 6.6% | 3.1% | 33,826 | 37,514 | 10.9% | 5.7% | 3.7 | 3.7 | 0.0 |
| Land Rover | 2,108 | 2,827 | 34.1% | 20.4% | 4,544 | 5,607 | 23.4% | 20.1% | 0.5 | 0.6 | 0.1 |
| Lexus | 15,302 | 16,699 | 9.1% | 8.1% | 30,319 | 34,574 | 14.0% | 12.0% | 3.3 | 3.4 | 0.1 |
| Lincoln | 1,399 | 1,623 | 16.0% | 12.2% | 2,734 | 3,191 | 16.7% | 6.0% | 0.3 | 0.3 | 0.0 |
| Mazda | 10,911 | 13,774 | 26.2% | 2.5% | 21,481 | 26,737 | 24.5% | 2.2% | 2.4 | 2.6 | 0.3 |
| Mercedes | 18,386 | 20,856 | 13.4% | 7.0% | 34,898 | 39,722 | 13.8% | 7.6% | 3.8 | 3.9 | 0.1 |
| MINI | 3,585 | 3,988 | 11.2% | -0.9% | 6,528 | 7,307 | 11.9% | 1.9% | 0.7 | 0.7 | 0.0 |
| Mitsubishi | 1,577 | 2,281 | 44.6% | 26.0% | 3,468 | 5,545 | 59.9% | 23.2% | 0.4 | 0.5 | 0.2 |
| Nissan | 38,527 | 41,236 | 7.0% | 2.6% | 75,416 | 83,235 | 10.4% | 2.8% | 8.3 | 8.2 | -0.1 |
| Other | 1,944 | 2,666 | 37.1% | -7.2% | 3,691 | 4,714 | 27.7% | -9.3% | 0.4 | 0.5 | 0.1 |
| Porsche | 2,280 | 2,863 | 25.6% | 11.3% | 4,538 | 6,082 | 34.0% | 15.4% | 0.5 | 0.6 | 0.1 |
| Ram | 5,877 | 7,678 | 30.6% | 3.7% | 11,196 | 14,499 | 29.5% | 5.3% | 1.2 | 1.4 | 0.2 |
| Subaru | 12,322 | 14,423 | 17.1% | 16.1% | 23,712 | 29,548 | 24.6% | 16.2% | 2.6 | 2.9 | 0.3 |
| Tesla | 954 | 2,525 | 164.7% | 100.9% | 2,487 | 5,148 | 107.0% | 90.4% | 0.3 | 0.5 | 0.2 |
| Toyota | 93,127 | 93,541 | 0.4% | 0.0% | 169,762 | 178,346 | 5.1% | 3.6% | 18.6 | 17.5 | -1.1 |
| Volkswagen | 12,724 | 13,791 | 8.4% | 2.6% | 24,889 | 26,390 | 6.0% | -3.1% | 2.7 | 2.6 | -0.1 |
| Volvo | 1,239 | 1,153 | -6.9% | -2.4% | 2,386 | 2,371 | -0.6% | -2.7% | 0.3 | 0.2 | 0.0 |

Source: IHS Automotive

RETAIL MARKET RECAP

# New Retail Registrations in California Increase 10 Percent in First Half; Fleets Are Up 20.7 Percent

As shown on the graph below, retail vehicle sales in California have been heading straight up during the past five years, but the fleet market has also improved this year. New fleet registrations increased 20.7 percent during the first six months of 2015, while the retail market was up 10.0 percent.

The table below summarizes new retail light vehicle market results during the first six months of 2014 and 2015. (Note: the information presented includes retail registrations only, and excludes fleet transactions.) The Southern California retail market increased 9.8 percent, while Northern California was up 10.2 percent.

**California New Car and Light Truck Retail and Fleet Registrations - Year-to-date thru June, 2010 thru 2015**



Source: IHS Automotive

| New Retail Light Vehicle Registrations (excluding fleets) - Year-to-date thru June | | | | | | |
|---|---|---|---|---|---|---|
| Northern and Southern California | | | Selected Regional Markets | | | |
| | YTD 2014 | YTD 2015 | Percent Change | | YTD 2014 | YTD 2015 | Percent Change |
| Statewide Total | 781,144 | 858,886 | 10.0% | San Francisco Bay | 150,396 | 164,599 | 9.4% |
| Cars | 486,781 | 510,456 | 4.9% | Cars | 93,404 | 97,755 | 4.7% |
| Light Trucks | 294,363 | 348,430 | 18.4% | Light Trucks | 56,992 | 66,844 | 17.3% |
| | | | | | | | |
| Northern California | 259,562 | 286,071 | 10.2% | LA and Orange Counties | 310,222 | 341,407 | 10.1% |
| Cars | 153,913 | 160,117 | 4.0% | Cars | 203,855 | 216,426 | 6.2% |
| Light Trucks | 105,649 | 125,954 | 19.2% | Light Trucks | 106,367 | 124,981 | 17.5% |
| | | | | | | | |
| Southern California | 521,582 | 572,810 | 9.8% | San Diego County | 70,650 | 76,751 | 8.6% |
| Cars | 332,868 | 350,339 | 5.2% | Cars | 42,378 | 43,953 | 3.7% |
| Light Trucks | 188,714 | 222,471 | 17.9% | Light Trucks | 28,272 | 32,798 | 16.0% |

Source: IHS Automotive

**California Auto Outlook**

Published by:
Auto Outlook, Inc.
PO Box 390 Exton, PA 19341
Phone 800-206-0102   Email: jfoltz@autooutlook.com

Any material quoted must be attributed to California Auto Outlook, published by Auto Outlook, Inc. on behalf of the California New Car Dealers Association.   Data source must also be shown as "Data Source: IHS Automotive." Unforeseen events may affect the forecast projections presented. Consequently, Auto Outlook, Inc. is not responsible for management decisions based on the content of Auto Outlook.

Copyright: Auto Outlook, Inc. August, 2015

TRACKING THE CALIFORNIA USED VEHICLE MARKET

# Used Vehicle Market Posts Small Increase

### Comparison of California New and Used Vehicle Markets
### Percent change in registrations (YTD 2015 thru June vs. YTD 2014)

Below is a list of key trends in the California used vehicle market:



**Percent Change For New**

**Percent Change For Used**

Up 11.5%

Up 0.9%

Source: IHS Automotive

➥ Used registrations in the state were up a slim 0.9 percent in the first half of this year versus a year earlier.

➥ The California new vehicle market continued to post larger percentage gains. New registrations increased 11.5 percent so far this year. As shown on the graph below left, new vehicle registrations have remained well above six-year old used registrations.

➥ Used car registrations were up 0.9 percent, while light trucks increased 0.8 percent. Korean brand used registrations improved 17.8 percent.

➥ The three year old or newer market was up 13.8 percent, while the four to six year old market fell 6.6 percent.

➥ Toyota Camry, Honda Civic, Nissan Altima, Toyota Corolla, and Honda Accord were top sellers in the state's six year old or newer used vehicle market (see page 6).

### California Quarterly New and Used Retail Registrations
### (used only includes vehicles 6 years old or newer)

Used
New

2Q '11 3Q '11 4Q '11 1Q '12 2Q '12 3Q '12 4Q '12 1Q '13 2Q '13 3Q '13 4Q '13 1Q '14 2Q '14 3Q '14 4Q '14 1Q '15 2Q '15

Source: IHS Automotive

| California Used Light Vehicle Registrations - YTD thru June | | | | | | |
|---|---|---|---|---|---|---|
| | Registrations | | % Change | Market Share | |
| | YTD '14 | YTD '15 | '14 TO '15 | YTD '14 | YTD '15 |
| TOTAL | 1,764,505 | 1,780,120 | 0.9% | | |
| Cars | 1,065,700 | 1,075,621 | 0.9% | 60.4% | 60.4% |
| Light Trucks | 698,805 | 704,499 | 0.8% | 39.6% | 39.6% |
| Detroit Three | 692,003 | 685,750 | -0.9% | 39.2% | 38.5% |
| European | 240,294 | 246,443 | 2.6% | 13.6% | 13.8% |
| Japanese | 775,221 | 780,810 | 0.7% | 43.9% | 43.9% |
| Korean | 56,987 | 67,117 | 17.8% | 3.2% | 3.8% |
| Source: IHS Automotive | | | | | |

ANALYSIS OF USED VEHICLE REGISTRATIONS BY VEHICLE AGE

# Registrations for Vehicles Three Years Old or Newer Increased 13.8 Percent in First Half

### Used Vehicle Market Share by Age of Vehicle - YTD 2014 and 2015 thru June



| | 3 years old or newer | 4 to 6 years old | 7 to 10 years old | Older than 10 years |
|---|---|---|---|---|
| YTD '14 | 18.3% | 10.2% | 20.9% | 50.5% |
| YTD '15 | 20.7% | 9.5% | 19.7% | 50.1% |

Source: IHS Automotive

| Registrations by Vehicle Age YTD thru June | | | |
|---|---|---|---|
| | YTD 2014 | YTD 2015 | % ch. '14 to '15 |
| INDUSTRY TOTAL | 1,764,505 | 1,780,120 | 0.9% |
| 3 years old or less | 323,708 | 368,283 | 13.8% |
| 4 to 6 years old | 180,423 | 168,450 | -6.6% |
| 7 to 10 years old | 368,581 | 351,505 | -4.6% |
| Older than 10 years | 891,793 | 891,882 | 0.0% |

Source: IHS Automotive

TRACKING THE CALIFORNIA USED VEHICLE MARKET

# Franchised Dealership Share of State Used Vehicle Market Remains Above 20 Percent

The first graph below shows vehicle registrations in the state during the first six months of '13, '14, and '15 for four categories: 1. Used vehicles involving private party transactions (or unknown selling dealership); 2. Used vehicles sold by independent dealerships; 3. Used vehicles sold by franchised new vehicle dealerships; and 4. New vehicles.



**Used and New Vehicle Registrations in California - YTD 2013, 2014, and 2015 (thru June)**

Source: IHS Automotive



**Franchised New Vehicle Dealership Share of California Used Vehicle Market**

Source: IHS Automotive

**Share of State Used Vehicle Market (YTD '15 thru June)**

Source: IHS Automotive

BEST SELLING USED VEHICLES IN THE STATE

# Camry, Civic, Altima, Corolla, and Accord are Top Sellers in State Used Vehicle Market

The graph below shows used vehicle registrations for the top 15 selling models in the state for vehicles six years old or newer.



**Top 15 Selling Used Vehicles By All Sources in California (vehicles six years old or newer) - YTD 2015 thru June**

Source: IHS Automotive