# EXHIBIT 8

Google | ford motor company california | | Sign in

Web  News  Maps  Images  Shopping  More ▾  Search tools

About 4,580,000 results (0.36 seconds)

### Official Ford® Site - Ford.com
Ad www.**ford**.com/ ▾
Go to the Official **Ford** Site for Special Incentives & Offers Today.
Available EcoBoost® · MPG Savvy & Tech Smart · SYNC® Technology
Ford Motor Company has 4,021,581 followers on Google+
Build & Price - Ford Trucks - Ford SUVs - Fuel Efficiency

### Ford Motor Company Careers - Ford is hiring in your area
Ad **ford**.findyourjob.net/ ▾
Online Application. Easy to Apply.
Full & Part-Time Jobs - Apply Online Here - Submit Your Application

### Work with Us - Ford.com
corporate.**ford**.com/careers ▾ Ford Motor Company ▾
Learn about jobs available at **Ford Motor Company**. Find out about career paths, open positions, and learning opportunities. Make something that moves you.
Ford Careers, Jobs at Ford - Professionals - Manufacturing - Careers | Ford.com

### Career Opportunities for Students and Recent Grads | Ford ...
https://corporate.**ford**.com/.../students-and-recent-g... ▾ Ford Motor Company ▾
When you join **Ford Motor Company**, your journey begins. You become part of skilled and motivated teams making inspired products that create a better world.

### Ford Motor Company Official Global Corporate Homepage ...
corporate.**ford**.com/ ▾ Ford Motor Company ▾
Engineers at the **Ford** Innovation and Research Center in Palo Alto, **California**, are at work on a project that may offer new insights into urban mobility.

### Ford Motor Company jobs in California - Indeed
www.indeed.com/q-**Ford**-**Motor**-**Company**-l-**California**-jobs.... ▾ Indeed.com ▾
Jobs 1 - 10 of 43 - 43 **Ford Motor Company** Jobs available in **California** on Indeed.com. one search. all jobs.

### Ford Motor Company Assembly Plant - Wikipedia, the free ...
https://en.wikipedia.org/.../**Ford**_**Motor**_**Company**_Assembly_... ▾ Wikipedia ▾
The Ford Richmond Plant, formally the **Ford Motor Company** Assembly Plant, in Richmond, **California**, was the largest assembly plant to be built on the West ...

**Built**: 1930                          **Architect**: Albert Kahn
**Location**: Richmond, California       **NRHP Reference #**: 88000919

### List of Ford factories - Wikipedia, the free encyclopedia
https://en.wikipedia.org/wiki/List_of_**Ford**_factories ▾ Wikipedia ▾
The following is a list of current and former facilities of **Ford Motor Company** for .....
Plant only operated one shift due to **California** Air Quality restrictions.

### Ford Motor Company Jobs | Glassdoor
www.glassdoor.com/Job/**Ford**-**Motor**-**Company**-Jobs-E263.htm ▾ Glassdoor ▾
**Ford Motor Company** – Palo Alto, **CA**. •Strong affinity for self-directed learning: if you don't know something, you find out quickly - Previous experience with PCB ...

### Ford Motor Company Jobs in Palo Alto, CA | Glassdoor
www.glassdoor.com › Jobs › Palo Alto ▾ Glassdoor ▾
Sep 20, 2015 - 25 **Ford Motor Company** jobs in Palo Alto, **CA**. Search job openings, see if they fit - company salaries, reviews, and more posted by Ford Motor ...

### ford motor company Jobs | Glassdoor
www.glassdoor.com/.../**ford**-**motor**-**company**-jobs-SRCH_KE0,... ▾ Glassdoor ▾

Get the right **ford motor company** job with company ratings & salaries. 1580 open jobs for **ford motor company**. Get hired! ... **Ford Motor Company**. Palo Alto, **CA**.

### Ford Motor Company - Home
https://sjobs.brassring.com/TGWEbHost/home.aspx?PartnerId=25385... ▼
The distance between you and an amazing career has never been shorter. Join the **Ford** team today, and discover the benefits, rewards and development ...

#### Searches related to ford motor company california

| | |
|---|---|
| **general motors** california | **chevrolet** california |
| ford **parts** california | **dodge** california |
| **toyota** california | **gmc** california |
| **chrysler** california | ford **jobs** california |

1  2  3  4  5  6  7  8  9  10    Next

◉ Dallas, TX - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms