UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE CAHEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>  Defendants. | Case No. 15-cv-01104-WHO<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 81 |

On November 25, 2015, the Court granted defendants' motions to dismiss the complaint with leave to amend. Dkt. No. 77. After requesting and receiving an extension of the initial deadline to amend, plaintiffs filed notice of their intent not to file an amended complaint on February 19, 2016. Dkt. No. 81. Accordingly, judgment is entered in favor of defendants in accordance with the Order on Motions to Dismiss.

**IT IS SO ORDERED**.

Dated: February 22, 2016



WILLIAM H. ORRICK
United States District Judge